[No. 42583-8-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD
RANDMEL, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-01050-5, Michael F. Moynihan, J.,
entered February 5, 1998. *Affirmed* by unpublished per
curiam opinion.

[No. 42752-1-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON LORD,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-02043-0, LeRoy McCullough, J., entered
May 26, 1998. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Webster and Cox, JJ.

[No. 42948-5-I.    Division One.    August 9, 1999.]

*In the Matter of the Marriage of* KENNETH W. MILLER,
*Petitioner*, and BECKY JO MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 97-3-00207-9, Steven J. Mura, J., entered
May 15, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42977-9-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW LEE
GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-1-01087-4, Ronald L. Castleberry,
J., entered June 12, 1998. *Affirmed* by unpublished per
curiam opinion.